UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                          |   |                                  |
|--------------------------|---|----------------------------------|
| Michelle O'Neill et al,  | * |                                  |
| Plaintiff                | * |                                  |
|                          | * | Civil Action No. 1:17-cv-12057-FDS |
| United States of America,| * |                                  |
| Defendant                | * |                                  |

## ORDER OF DISMISSAL

July 13th, 2018

Saylor, D.J.

In accordance with the Court's Order dated July 13, 2018, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Taylor Halley

Deputy Clerk